UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SUSAN JEAN REID,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | No. 5:18-cv-00465-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 29 U.S.C. § 1920 |

    Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,200.00 under 28 U.S.C. § 2412(d) and costs in the amount of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: April 06, 2021

                                                  _____

                                                  JOHN D. EARLY
                                                  United States Magistrate Judge